IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:18-CV-366 |
| 2.69 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND F.E. & J.A. KNAPP LIMITED PARTNERSHIP, | § § § § § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. F.E. & J.A. Knapp, L.P.
   c/o Registered Agent
   Robert G. Knapp, Sr.
   815 Houston Ave.
   Houston, TX 77007

2. Francis E. Knapp Family Trust
   Trustee: Alice Marsletta Knapp
   1600 N. Express Way 77-83
   Brownsville, TX 78521

                                                    Respectfully submitted,
                                                   RYAN K. PATRICK
                                                   United States Attorney

> BY: s/Jessica A. Nathan
> **JESSICA A. NATHAN**
> Assistant United States Attorney
> Southern District of Texas No. 3313572
> Texas Bar No. 24090291
> 1701 W. Bus. Hwy. 83, Suite 600
> McAllen, TX 78526
> Telephone: (956) 618-8010
> Facsimile: (956) 618-8016
> E-mail: Jessica.Nathan@usdoj.gov
> Attorney-In-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, Jessica A. Nathan, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 25th day of January 2019, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| F.E. & J.A. Knapp, L.P.<br>c/o Registered Agent<br>Robert G. Knapp, Sr.<br>815 Houston Ave.<br>Houston, TX 77007 | *Via Email: raul@tipotexchevrolet.com* |
| Francis E. Knapp Family Trust<br>Trustee: Alice Marsletta Knapp<br>1600 N. Express Way 77-83<br>Brownsville, TX 78521 | *USPS 1st Class* |

> s/ Jessica A. Nathan
> JESSICA A. NATHAN
> Assistant United States Attorney