United States District Court
Southern District of Texas
**ENTERED**
January 31, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-366 |
| | § | |
| 2.69 ACRES OF LAND, MORE OR LESS, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered the JOINT STIPULATION OF DISMISSAL AND AGREED MOTION TO DISBURSE FUNDS UNDER FED. R. CIV.P.71.1(i)(B) & (C) filed by Plaintiff, the United States of America, and Defendant, the F.E. & J.A. KNAPP LIMITED PARTNERSHIP, announcing o the Court that the parties stipulate to the dismissal of all claims by Plaintiff in this case, without prejudice.

Under Fed. R. Civ. P. 71.1(i)(B), "if the parties so stipulate, the Court may vacate a judgment already entered." All parties in this case have signed a stipulation of dismissal to vacate the Order for Possession entered January 17, 2019, Dkt. No. 9, leaving only the matter of Court Registry funds.

The Court GRANTS the Motion to DISBURSE and Orders the Clerk of the Court forthwith to disburse the sum of one hundred and 00/100 dollars ($100.00), along with any accrued interest, to the property owner at:

Francis E. Knapp, Jr. Family Trust

1600 N. Expressway 77-83

Brownsville, TX  78521

The check should reference Tract No. RGV.WSL.2012; and

    The Clerk of the Court is instructed to close this case.

    SO ORDERED this 31st day of January, 2019, at McAllen, Texas.

                                                            _____
                                                            Randy Crane
                                                            United States District Judge